EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   4532
Chief, Major Crimes

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00278 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 18 U.S.C. § 2252 |
| ANDREW BAILEY, | ) | [Child Pornography] |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about September 14, 2004, in the District of Hawaii, ANDREW BAILEY did knowingly possess a matter, namely, a computer hard drive, which contained visual depictions of minors engaged in sexually explicit conduct, with ANDREW BAILEY then knowing that the production of said visual depictions involved the use of minors engaged in sexually explicit conduct, and which

depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

Dated: Honolulu, Hawaii, JUN 30 2005.

A TRUE BILL

/S/

Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Andrew Bailey
"Indictment"
Cr. No. _____