PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:         fpdhi@hotmail.com

Attorney for Defendant
ANDREW  BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00278 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL AND TO |
| vs. | ) EXCLUDE TIME |
| | ) |
| ANDREW  BAILEY, | ) Present Date: 02/28/06 |
| | ) New Date:    04/11/06 |
| Defendant. | ) |
| | ) |

C:\Documents and Settings\carol\Local Settings\Temp\notesF51D03\continue5_stp.wpd

**STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for **February 28, 2006,** be

continued to **April 11, 2006,** and the final pretrial conference rescheduled to **March 13, 2006 at 10:00 a.m.**, before the Magistrate Judge Barry M. Kurren.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that this continuance is made on the grounds that discovery has just been received. Counsel will require adequate time within which to review, confer with, and advise the Defendant.

FURTHER, that fully taking into account the exercise of due diligence on the part of the parties, the parties believe that the failure to continue the trial date would unreasonably deny counsel for the Defendant with the reasonable time necessary for effective preparation and that the ends of justice served by granting such a continuance outweigh the best interest of the Public and the Defendant in a speedy trial.

AND IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time from February 28, 2006 to and including April 11, 2006, be excluded pursuant to the Speedy Trial Act, Title l8, U. S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, February 17, 2006.

   /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
ANDREW BAILEY

   /s/ Lawrence Tong
LAWRENCE TONG
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 23, 2006.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. BAILEY, Cr. No. 05-00278 DAE
STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME