# MINUTES

```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII
                                 02/22/2006 4:30 PM
                                  SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00278DAE

**CASE NAME:** USA vs. Andrew Bailey

**ATTYS FOR PLA:** Lawrence L. Tong

**ATTYS FOR DEF:** Donna Gray

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA          **REPORTER:**

**DATE:** 02/22/2006                      **TIME:**

                                          **ROOM:**

**COURT ACTION:** EO

Jury Selection/Trial to Follow continued from 02/28/2006 09:00:00 AM to 04/11/2006 09:00:00 AM before DAE

Final Pretrial Conference continued from 02/17/2006 01:45:00 PM to 03/13/2006 10:00:00 PM, Judge presiding changed from LEK to BMK, from COURTROOM 7 to COURTROOM 6 before BMK

Time to be excluded from 2/28/2006 to 4/11/2006.

Stip to be prepared by Hermi.

Submitted by: Theresa Lam, Courtroom Manager