# MINUTES

```
                                FILED IN THE
                         UNITED STATES DISTRICT COURT
                              DISTRICT OF HAWAII

                            03/21/2006 4:30 PM
                            SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00278DAE

**CASE NAME:** USA                                vs. Andrew Bailey

**ATTYS FOR PLA:**                                **ATTYS FOR DEF:**
Lawrence L. Tong                                  Donna Gray

**INTERPRETER:**

---

**JUDGE:** JUDGE DAVID ALAN EZRA              **REPORTER:**

**DATE:** 03/21/2006                          **TIME:**

                                              **ROOM:**

---

**COURT ACTION:** EO

Jury Selection/Trial to Follow continued  from 04/11/2006 09:00:00 AM to 05/31/2006 09:00:00 AM before DAE

Final Pretrial Conference continued  from 03/17/2006 10:30:00 AM to 05/01/2006 10:30:00 AM,  Judge presiding changed from BMK to KSC,  from COURTROOM 6 to COURTROOM 5 before KSC

Time to be excluded from 4/11/2006 to 5/31/2006.


Submitted by: Theresa Lam, Courtroom Manager

*Created: 03/21/2006 02:50:07 PM*                              Document: 53407700