PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com

Attorney for Defendant
ANDREW  BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00278 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL AND TO |
| vs. | ) EXCLUDE TIME |
| | ) |
| ANDREW  BAILEY, | ) Present Date: 04/11/06 |
| | ) New Date:    05/31/06 |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER**
**CONTINUING TRIAL AND TO EXCLUDE TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for **April 11, 2006,** be

continued to **May 31, 2006,** and the final pretrial conference rescheduled to **May 1, 2006 at 10:00 a.m.**, before the Magistrate Judge Kevin S. C. Chang.  Defendant's pretrial motions are due by **April 3, 2006**, with the government's response deadline of **April 17, 2006**.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that this continuance is made on the grounds that discovery has just been received.  Counsel will require adequate time within which to review, confer with, and advise the Defendant.

FURTHER, that fully taking into account the exercise of due diligence on the part of the parties, the parties believe that the failure to continue the trial date would unreasonably deny counsel for the Defendant with the reasonable time necessary for effective preparation and that the ends of justice served by granting such a continuance outweigh the best interest of the Public and the Defendant in a speedy trial.

AND IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time from **April 11, 2006** to and including **May 31, 2006**, be excluded pursuant to the Speedy Trial Act, Title 18, U. S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, March 29, 2006.

        /s/Donna M. Gray
        DONNA M. GRAY
        Attorney for Defendant
        ANDREW  BAILEY

        /s/ Lawrence Tong
        LAWRENCE TONG
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 30, 2006.



        _____
        David Alan Ezra
        United States District Judge

UNITED STATES v. BAILEY, Cr. No. 05-00278 DAE
STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME