PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
ANDREW BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00278 DAE |
|---|---|
| Plaintiff, | ) |
|  | ) MEMORANDUM OF LAW IN |
|  | ) SUPPORT OF DEFENDANT'S |
| vs. | ) <u>FRANKS</u> MOTION TO SUPPRESS |
|  | ) |
| ANDREW BAILEY, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

O:\GIFFORD\MOTIONS\Bailey\mts-Franks\C-memorandum_of_law.wpd

**MEMORANDUM OF LAW
IN SUPPORT OF DEFENDANT'S *FRANKS* MOTION TO SUPPRESS**

# TABLE OF CONTENTS

**PAGE(S)**

TABLE OF CONTENTS .............................................. i

TABLE OF AUTHORITIES ........................................ ii-iii

ARGUMENT ....................................................... 1

CONCLUSION .................................................... 19

# TABLE OF AUTHORITIES

**CASES**                                                                                    **PAGE(S)**

United States v. Arvizu,
    534 U.S. 266 (2002) .................................... 18

Franks v. Delaware,
    438 U.S. 154 (1978) .................................. 1-3, 19

Richards v. Wisconsin,
    520 U.S. 385 (1997) .................................... 18

United States v. Bennett,
    219 F.3d 1117 (9th Cir. 2000) ............................ 1

United States v. Bynum,
    362 F.3d 574 (9th Cir. 2004) ............................ 19

United States v. Combs,
    394 F.3d 739 (9th Cir. 2005) ............................ 19

United States v. Gonzalez, Inc.,
    412 F.3d at 1102 (9th Cir. 2005) ....................... 1, 16

United States v. Ippolito,
    774 F.2d 1482 (9th Cir. 1985) ............................ 1

United States v. Martinez-Garcia,
    397 F.3d 1205 (9th 2005) ................................. 2

United States v. Napier,
    436 F.3d 1133 (9th Cir. 2006) ............................ 1

United States v. Senchenko,
    133 F.3d 1153 (9th Cir. 1998) ............................ 2

# TABLE OF AUTHORITIES
(continued)

**CASES**                                                                 **PAGE(S)**

United States v. Shryock,
    342 F.3d 948 (9th Cir. 2003) .................................... 1

United States v. Stanert,
    762 F.2d 775 (9th Cir. 1985) .................................... 1


**CONSTITUTIONAL PROVISION**

Fourth Amendment ................................................ 1


**STATUTES**

18 U.S.C. § 2252(a)(4) ............................................ 3

18 U. S. C.§ 2256 ................................................ 10