O 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF __HAWAII__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4-1213 Oli Loop
/aipahu, Hawaii 96797

## SEARCH WARRANT

CASE NUMBER: Mag. No. 04-614 LEK

O: _____SIAVE P. IAFETA_____ and any Authorized Officer of the United States

ffidavit(s) having been made before me by _____SA Siave P. Iafeta_____ who has reason to
                                                          Affiant

ilieve that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

ee Attachment "A" attached hereto, and which is incorporated by reference.

the _____ District of _____Hawaii_____ there is now

oncealed a certain person or property, namely (describe the person or property)

ee Attachment "B" attached hereto, and which is incorporated by reference.

am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property
) described is now concealed on the person or premises above-described and establish grounds for the issuance of this
arrant.

OU ARE HEREBY COMMANDED to search on or before _____09-19-2004_____
                                                                    Date

ot to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
aking the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at~~any time in the day or night as I find reasonable cause~~
~~has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and
:ceipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly
turn this warrant to _____Leslie E. Kobayashi, United States Magistrate Judge_____
; required by law.                                    U.S. Judge or Magistrate Judge

09-10-2004    1:25pm    at    Honolulu, Hawaii
ate and Time Issued         leh           City and State

eslie E. Kobayashi
nited States Magistrate Judge                _Leslie F. Kobayashi_ (signature)
ame and Title of Judicial Officer              Signature of Judicial Officer

(SEAL)

Bailey discovery 000000021

AO 93 (Rev. 8/98) Search Warrant (Reverse)

| | RETURN | CASE NUMBER: Mag. No. 04-614 LEK |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate Judge          Date

Bailey discovery 000000022

## ATTACHMENT "A"

### PREMISES TO BE SEARCHED

The residence of Andrew Bailey, located at 94-1213 Oli Loop, Waipahu, Hawaii 96797. The residence is a two-story single family home. The residence is the last house on the right corner of Ukee Street and Oli Loop, facing Ewa side. The house is light brown with dark brown trim and brown shingle type roofing. There is a white-grey mailbox bearing the numbers "94-1213" affixed in black and Silver.

Bailey discovery 000000023

ATTACHMENT "B"

**LIST OF ITEMS TO BE SEIZED**

     1.   Any computers, including desktop computers and laptop computers, and storage devices such as hard drives, zip disks, CDs, and floppy disks, that were or may have been used as a means to provide images of child pornography over the Internet in violation of Title 18, United States Code, Sections 2252 and 2252A.

     2.   All materials, in whatever form, media, or format, including computer files, prints, videos, videotapes, photographs, negatives, magazines, and books, which contain child pornography, child erotica, or the visual depictions of minors engaged in sexually explicit conduct, or computer generated images that are indistinguishable from visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Sections 2252, 2252A and 2256.

     3.   Any electronic data processing and storage devices, computers and computer systems, all tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, tape systems and hard drive, terminals (keyboards and display screens) and other computer related operation equipment, computer photographs, and digital graphic file format equipment that may contain, or be used to contain, any child pornography, visual depictions of minors engaged in sexually explicit conduct, or child erotica, or information pertaining to sexual interest in child pornography or child erotica, to sexual activity with children, or to the distribution, possession, or receipt of child pornography or child erotica.

     4.   Any and all computer software, including programs to run operating systems, applications (like word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications program.

     5.   Any computer-related documentation, which consists of written, recorded, printed or electronically stored material that explains or illustrates how to configure or use computer hardware, software, or other related items.

     6.   Any and all records and materials, in whatever form, media, or format (including, but not limited to, envelopes, letters, papers, e-mail, chat logs and electronic messages, other digital data files and web cache information) (a) pertaining to the possession, receipt, or distribution of child pornography or the visual depictions of minors engaged in sexually explicit conduct; (b) identifying persons transmitting through interstate or foreign commerce, including via computer, any child

pornography or visual depiction of minors engaged in sexually explicit conduct; or (c) bearing on the receipt, shipment, or possession of child pornography or the visual depictions of minors engaged in sexually explicit conduct.

7. Records of communication (as might be found, for example, in digital data files) between individuals concerning the topic of child pornography, the existence of sites on the Internet that contain child pornography or which cater to those with an interest in child pornography, as well as evidence of membership in online clubs, groups, services, or other Internet sites that provide or make accessible child pornography to its members and constituents.

8. Evidence of association, by use, subscription or free membership, with online clubs, groups, services, or other Internet sites that provide or otherwise make accessible child pornography.

9. Evidence of any online storage, e-mail, or other remote computer storage subscription to include unique software of such subscription, user logs or archived data that show connection to such service, and user login and passwords for such service.

10. Items of personal property and other evidence tending to identify the person(s) in residence, occupancy, control, or ownership of the premises authorized to be searched by this warrant, including but not limited to letters, canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills.

11. Records or other items, in whatever form, media, or format evidencing ownership or use of computer equipment and paraphernalia found in the premises to be searched, including, but not limited to, sales receipts, registration records, records of payment for Internet access, records of payment for access to newsgroups or other online subscription services, handwritten notes, e-mail messages, and computer files.

12. Records of access to, or use of, online accounts in the name of Andrew Bailey.

13. Computer files bearing the following titles:

    a. Pedo 8yr Brazilian girl.mpg
    b. Pedo Doctor.avi
    c. PEDO-1.mpg
    d. pedo long vid.mpg
    e. Childlover_little_Collection_Video_0080.mpg
    f. Pedo babyj ass fuck.mpg
    g. Pedo.mpg
    h. dorm Pédo.mpg
    i. 0039.mpg

Bailey discovery 000000025

  j. babyj-Dog cums in 10yo.mpg
  k. Babyj-14.mpg
  l. TOTAL ILEGAL PEDO.mpg
  m. VJ1.mpg
  n. Raygold Thai Hooker.mpg
  o. raygold long video.avi
  p. RAPE-cop in Dacula Georgia rapes a 12 yr old.mpeg
  q. PEDO-1.mpg
  r. Pedo-childlover_anya complete_12m32s.mpg
  s. Lolitas-Mamadas 04.mpg
  t. kiddy--Vanessa (12yrs) (36.6MB)(3).mpg
  u. Kiddy wow.mpg
  v. Childlover_little_Collection_Video_0099.avi
  w. bd sm bdsm torture slave bondage (1.59mins-low quality).mpg
  x. BabyJ-Long.mpg
  y. (Pedo) Cas-3-5.mpg
  z. boy.kiddy.pedo.01.mpeg.mpeg
  aa. babyj ass fuck.mpg
  bb. Babyj-babycum.mpeg

  14. Evidence of the usage of "Fast Track" or other peer to peer software to transfer or receive files containing child pornography, including software, and logs showing the dates and times of transmission of such files.

3