| | | |
|---|---|---|
| "Lars Kvinnegard" <Kvinnegard@kripos.no> 03/21/2006 04:37 AM | To | "'Vernon Branco'" <Vernon_Branco@fd.org> |
| | cc | |
| | bcc | |
| | Subject | SV: Question re: Child Porn case |

Hi

I'm sorry that there have taken so long before you got any answer form us. Hopefully can I give you some answer to the question you have regarding a user report in the operation Enea, Enea ID 112955.

Attached to this mail is the user report, where I have marked 3 points with 1, 2 and 3 along with a line and a box, in an effort to make it more understandable.

First to find users which we could check, we did a keyword search. In this case the keyword was childlover. This gave us users that had files with this keyword, next we asked for the whole list of files they shared. With this list we also got the hashvalue for each file, which we compared with our database.

Nr. 1 shows the number of shared files from this user.

Nr. 2 show how many files this user shared, and which also match our database of hash value. We have after the operation found some files in our database that not are childpornographic, so we advice everyone to check the pictures that are forwarded, that these really are illegal.

Nr. 3 show how many files that actually was downloaded from this user. In this case we have not downloaded any files from the user. As the operation past on, we experienced that it became a long delay between our decision to generate a case and to the download started. When we marked files for downloading, this was placed in a download queue. After some time we had generated so many cases that the download queue become big and long. The resulted was that in some of the cases the user had logged out before the download started, or the user logged out before the download was finished.

I'm sorry that we have not managed to download any files in this case. Therefore the only information you have to build a case on is the information about the files that your user shared with others and which also according to our hash database was illegal in our country.

I hope this answered help you with this case. Feel free to ask again if you have any questions to this answered or to other side of the case.

Also it would be interesting to hear your opinion about the Enea operation, and how the information is present. Is there information that is missing, or could have been better?

I'm going to be on at course the rest of this week and will not be back before Monday next week.

With regards

Lars Kvinnegard

NCIS Norway

-----Opprinnelig melding-----
Fra: Vernon Branco [mailto:Vernon_Branco@fd.org]
Sendt: 17. mars 2006 00:05
Til: kvinnegard@kripos.no
Emne: Fw: Question re: Child Porn case

Lars,

This is the initial e-mail I sent you prior.

----- Forwarded by Vernon Branco/HIF/09/FDO on 03/16/2006 01:03 PM -----

| | | |
|---|---|---|
| Vernon Branco/HIF/09/FDO | | To |
| 03/10/2006 12:55 PM | kvinnegard@politiet.no | cc |
| | Donna Gray/HIF/09/FDO | Subject |
| | Question re: Child Porn case | |

Lars,

I have a follow-up question concerning the ENEA USER REPORT. See attached pdf of ENEA USER REPORT, ENEA ID 112955.

I see that the number of Identified Shared Child Pornographic (CP) files is 28 and their total size is 959.9 MB.

The following line is what I am not sure I am understanding correctly. It says that 0 files totaling 0 bytes were downloaded "BY ENEA FROM USER OR OTHER USERS WITH THE SAME FILE(S)."

Does this mean that ENEA identified shared CP files by querying the SUPERNODE, but never actually downloaded any files from IP address 24.161.147.253?

Whatever the answer is, could you please explain what was actually done.

Thank you for your help.

Aloha, Vernon Branco

(See attached file: ENEA.pdf)


Enea.pdf

# ENEA USER REPORT

GENERATED 27.04.2004 23:33:53 GMT +0200

| USER DATA | | | |
|---|---|---|---|
| ENEA ID | USERNAME: | | |
| 112955 | www.k-lite.tk_Kazaa Lite | | |
| IP ADDRESS | FASTTRACK PORT | SUPERNODE IP ADDRESS | SUPERNODE PORT |
| 24.161.147.253 | 1214 | 24.28.41.52 | 1818 |
| FASTTRACK NETWORK | | | |
| KaZaA | | | |
| RESPONDED BY SEARCHTERM | | RESPONDED AT (dd.mm.yyyy hh:mm:ss (24h)) | |
| childlover | | 27.03.2004 18:10:02 GMT +0100 | |
| TOTAL NUMBER OF SHARED FILES | | TOTAL SIZE OF SHARED FILES | |
| 241 | | 12,7 GB | |
| NUMBER AND SIZE OF IDENTIFIED SHARED CHILD PORNOGRAPHIC (CP) FILES | | | |
| 28 | | 959,9 MB | |
| NUM OF DOWNLOADED CP FILES BY ENEA FROM USER OR FROM OTHER USERS WITH THE SAME FILE(S) | | | |
| 0 | | 0 B | |
| ENEA INVESTIGATOR | | | |
| Lars Kvinnegaard, KRIPOS, Norway | | | |

| WHOIS DATA FOR IP ADDRESS | | |
|---|---|---|
| COUNTRY CODE | COUNTRY NAME | |
| US | UNITED STATES | |
| WHOIS DATABASE | IP RANGE | |
| MANUALLY | 24.160.0.0 - 24.170.127.255 | |
| IP RANGE NET NAME | | |
| | | |
| IP RANGE DESCRIPTION | | |
| Road Runner | | |

PAGE 1

THIS USER REPORT WAS AUTOMATICALLY GENERATED BY THE ENEA P2P FILESHARING SYSTEM