similar characteristics and will maintain their pictures, films, correspondence, and photographs in a secure place, most often a residence, to avoid detection by law enforcement. I also know that child pornography is not lawfully available in retail establishments and that person(s) who wish to obtain child pornography do so by ordering it abroad or by discreet contact with other individuals who have it available.

  h. Individuals who are involved with child pornography will often collect, read, copy, or maintain numbers or lists of persons who have similar sexual interests. These contacts are maintained as a means of personal referral, exchange, and commercial profit. These names may be maintained in the original publication or mode of receipt, in phone books, notebooks, scraps of paper, or in computers.

  i. Individuals who receive, transport, possess, and distribute child pornography, contrary to law, often keep records of their involvement with such activities, and these records include but are not limited to associate names and addresses, the identity and location of assets illegally gained through criminal activity, child erotica and material used to create, receive, transport, possess, distribute, and sell child pornography.

## FACTUAL BACKGROUND OF THE INVESTIGATION

  31. This application for a search warrant authorizing a search of Andrew Bailey's residence grows out of a referral from Intel Research Specialist (IRS) Alexis Slebodnick of the ICE Cyber Crimes Center (C3). As will be described below, IRS Slebodnick advised the ICE office in Honolulu of an operation called "Operation Enea,"

discussions with ICE agents who investigate child pornography offenses, and a review of investigative reports, I believe there is probable cause to believe that evidence of various child pornography offenses is presently located in a computer and related storage media at Bailey's residence. The investigation may be summarized as follows.

  32. IRS Slebodnick has advised that the ICE Cyber Crimes Center (C3) and the Federal Bureau of Investigation (FBI) have identified persons in the United States suspected of trafficking child pornography over the Internet through an international investigation called "Operation Enea." Operation Enea was a peer-to-peer investigation conducted by the Norwegian Police and the Danish National Police. According to the investigative reports, the operation was aimed at identifying persons who were sharing child pornography over "FastTrack," a

10

worldwide file-sharing network. As with other P2P networks, the FastTrack networks enables users to install software and then exchange files containing pictures, videos and music globally. Each user has the ability to determine which files on his hard disk are made available to others over the network. When a user connects to the network, the information about each shared file is stored on central servers called "supernodes." The supernodes in turn consist of computers that meet specific requirements concerning bandwidth, and contain lists of files, which each connected user made accessible over the network. The information includes file names and "hash values," or unique mathematical values equivalent to an electronic fingerprint. Through the use of hash values, investigators are able to determine that certain files are identical.

33. When a user searches for files on the FastTrack network, the request is sent to the supernode to which the user is connected. The user then receives an index of users sharing the requested material. The supernodes also store user names selected by the particular users, as well as IP addresses used to make connections to the network. Once a user selects a file for downloading, the downloading does not occur through the supernode. A user instead establishes a direct peer-to-peer connection with the host computer, and downloads the file directly.

34. In anticipation of the operation, the Danish and Norwegian law enforcement authorities prepared a database of hash values of pictures and videos. The authorities reviewed files seized in prior criminal cases in Norway, as well as files contained in databases maintained by Interpol and other foreign authorities. An undercover officer then searched the FastTrack network by using keywords frequently used in connection with child pornography.

11

Bailey discovery 000000012

37. IP address 24.161.147.253 was traced through a search of Arin Whois, an online database containing records revealing who owns an IP address. The trace revealed that the IP address belonged to ROADRUNNER-HAWAII2 in the United States. Roadrunner, which is owned by Time Warner Cable, is an Internet Service Provider operating in Hawaii.

38. On June 3, 2004, ICE Analyst Alexis Slebodnick served an administrative subpoena to Time Warner Cable, requesting the identification of, and account information pertaining to, the user of IP address 24.161.147.253; On July 30, 2004, Time Warner Cable responded via facsimile, that the subscriber using the IP address 24.161.147.253 on March 27, 2004, at 18:10:02 GMT+0100 was Andrew Bailey, at 94-1213 Oli-Loop, Waipahu, Hawaii 96734, with telephone number (808) 678-0031, and username of baileya001.chelle.

39. On or about August 30, 2004, ICE, Office of the Special Agent in Charge (SAC) Honolulu received a compact disk

12

Bailey discovery 000000013

41. Based on prior investigations of other ICE Agents and my training, I believe file titles are indicative of child pornography. For example, I know that "young porn" and "pedo" are phrases frequently used to denote child pornography.

42. On August 30, 2004, an administrative subpoena was issued to Time Warner Cable, requesting subscriber account information pertaining to Andrew Bailey. On September 1, 2004, Time Warner indicated that Andrew Bailey began receiving Roadrunner Residential service on December 23, 1998, and that the service was still active. Time Warner indicated that Roadrunner service is being provided to Andrew Bailey at 94-1213 Oli Loop, Waipahu, Hawaii 96797, and that Andrew Bailey maintains a telephone number of (808) 678-0031.

43. I know from prior investigations by other ICE Agents and my personal experience that Time Warner Cable offers Oceanic Road Runner Internet service to residential customers. The Oceanic Road Runner service provides Internet access to residential customers through cable connection (rather than dial-up), with the computer used for the Internet access connected through a cable modem to a cable line that is run directly to the subscriber's residence. Based on this information, I believe there is probable cause to believe that a computer, modem, and associated equipment are presently located at 94-1213 Oli Loop, Waipahu, Hawaii 96797.

13

44. I have searched various record indices for information on Andrew Bailey. ChoicePoint database indicates that Andrew Bailey also known as Bailey, Andrew H, had a residential address of 94-1213 Oli Loop, Waipahu, Hawaii 96797, as of February 2004. According to the United States Postal Service, mail was being delivered to Andrew Bailey at 94-1213 Oli Loop, Waipahu, Hawaii 96797, as of September 2, 2004. State of Hawaii records reflect that Andrew Bailey, social security number 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, date of birth February 21, 1976, has a driver's license which expires on February 2, 2005, with a mailing address of 94-1213 Oli Loop, Waipahu, Hawaii 96797.

45. On September 3, 2004, I drove past 94-1213 Oli Loop, Waipahu, Hawaii 96797. The residence at that address is described in Attachment "A" hereto. I observed a Blue Dodge four-Door Sedan parked in the roadside of the residence (Hawaii License NBG729). The Sedan is registered to Andrew Bailey at 94-1213 Oli Loop, Waipahu, Hawaii 96797.

14

Bailey discovery 000000015