IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00278 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

I, DONNA M. GRAY, hereby declare as follows:

1.     That I am counsel for defendant, Andrew Bailey, having been appointed pursuant to the Criminal Justice Act.

2.     That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I further declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

DATED:   Honolulu, Hawaii, April 3, 2006.

DONNA M. GRAY
Attorney for Defendant
ANDREW BAILEY