# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was duly hand-delivered to the following at his known address:

LAWRENCE L. TONG
Assistant United States Attorney
Office of the United States Attorney
300 Ala Moana Boulevard, #6100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, April 3, 2006.

_____
Hermi Hunt