PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:      fpdhi@hotmail.com

Attorney for Defendant
ANDREW  BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00278 DAE |
| | ) | |
| Plaintiff, | ) | ERRATA TO DEFENDANT'S |
| | ) | FRANKS MOTION TO SUPPRESS |
| vs. | ) | (FILED ON APRIL 3, 2006); |
| | ) | EXHIBIT A; CERTIFICATE OF |
| ANDREW  BAILEY, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

N:\DONNA\CLIENTS\Bailey_Andrew\Errata.wpd

ERRATA TO DEFENDANT'S
*FRANKS* MOTION TO SUPPRESS (FILED ON APRIL 3, 2006)

Defendant Andrew Bailey, by and through his counsel undersigned,

hereby files an errata to Defendant's Franks Motion to Suppress filed on April 3,

2006, as follows:

1) Counsel's signature to Defendant's <u>Franks</u> Motion to Suppress, on page 5, was missing.

A copy of the motion fully executed is hereby attached as Exhibit A.

DATED:   Honolulu, Hawaii, April 4, 2006.

 /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
ANDREW  BAILEY

## **CERTIFICATE OF SERVICE**

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on April 4, 2006:

Served Electronically through CM/ECF:

LAWRENCE TONG
Assistant United States Attorney
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
ANDREW BAILEY