# MINUTES

```
                                          FILED IN THE
                                     UNITED STATES DISTRICT COURT
                                          DISTRICT OF HAWAII

                                        05/04/2006 4:30 PM
                                        SUE BEITIA, CLERK
```

CASE NUMBER:  CR 05-00278DAE

CASE NAME:  USA                              vs. Andrew Bailey

ATTYS FOR PLA:                               ATTYS FOR DEF:
Lawrence L. Tong                             Donna Gray

INTERPRETER:

JUDGE:  JUDGE DAVID ALAN EZRA                REPORTER:  CYNTHIA FAZIO

DATE:  05/04/2006                            TIME:

                                             ROOM:  AHA KUPONO

**COURT ACTION:** EO

Defendant's Motion to Suppress set for 05/25/2006 09:00:00 AM before DAE-WITHDRAWN, case to be dismissed.

Submitted by: Theresa Lam, Courtroom Manager