```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG     #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00278 DAE |
| | ) |
| Plaintiff, | ) ORDER FOR DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| ANDREW BAILEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER FOR DISMISSAL

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against ANDREW BAILEY on the ground that the

government declines to proceed further with the prosecution of this case.

The defendant is not in custody on the dismissed charge listed above.

DATED:  Honolulu, Hawaii, May 3, 2006.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By /s/ Lawrence L. Tong
>   LAWRENCE L. TONG
>   Assistant U.S. Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

Leave of court is granted for the filing of the foregoing dismissal.

DATED:  Honolulu, Hawaii, May 8, 2006.

_____
David Alan Ezra
United States District Judge

United States v. Andrew Bailey
Cr. No. 05-00278 DAE
Order for Dismissal